IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| UMB BANK, N.A., | ) |
| Plaintiff, | ) |
| v. | ) Case No. 22-550-CV-W-BCW |
| MICHAEL W COLEMAN, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL

Having been notified of the settlement in this case and it appearing that no issue remains for the Court's determination with respect to these claims, it is hereby

ORDERED that this case is DISMISSED without prejudice. In the event that the settlement is not perfected, any party may move to reopen the case, provided that such motion is filed within 45 days of the date of this Order. In addition, the Court retains jurisdiction over enforcement of the settlement agreed to by the parties.

IT IS SO ORDERED.

DATED: March 20, 2023

/s/ Brian C. Wimes
JUDGE BRIAN C. WIMES
UNITED STATES DISTRICT COURT